UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN E. MUAWAD,

        Plaintiff,

v.

                                                                     Case No. 12-cv-12714
                                                                     Honorable Denise Page Hood

GREEN TREE LENDING SERVICING, LLC, and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND
DISMISSING THIS CASE**

      Now before the Court is Defendants Green Tree Lending Servicing LLC and Federal National Mortgage Association's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The matter was fully briefed and the Court has heard oral arguments.

      For the reasons stated on the record on October 3, 2012,

      **IT IS ORDERED** that Defendants' Motion to Dismiss **[Docket No. 4, filed June 26, 2012]** is **GRANTED**.

      **IT IS FURTHER ORDERED** that this case is **DISMISSED**.

      **IT IS SO ORDERED**.


Dated: October 5, 2012                                    S/Denise Page Hood
                                                                    Denise Page Hood
                                                                      United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 5, 2012, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager