UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN E. MUAWAD,

        Plaintiff,

v.

GREEN TREE LENDING SERVICING, LLC, and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Defendants.

_____/

Case No. 12-cv-12714
Honorable Denise Page Hood

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING THIS CASE

Now before the Court is Defendants Green Tree Lending Servicing LLC and Federal National Mortgage Association's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The matter was fully briefed and the Court has heard oral arguments.

For the reasons stated on the record on October 3, 2012,

**IT IS ORDERED** that Defendants' Motion to Dismiss **[Docket No. 4, filed June 26, 2012]** is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

**IT IS SO ORDERED**.

Dated: October 5, 2012

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 5, 2012, by electronic and/or ordinary mail.

                S/LaShawn R. Saulsberry
                Case Manager