UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN E. MUAWAD,

      Plaintiff,

v.                                            Case No. 12-cv-12714
                                            Honorable Denise Page Hood

GREEN TREE LENDING SERVICING, LLC, and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

      Defendants.

_____/

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date October 05, 2012, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 5th day of October, 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 5, 2012, by electronic and/or ordinary mail.

                                          S/LaShawn Saulsberry
                                          Case Manager